**Order filed January 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00627-CV

_____

## IN THE MATTER OF D.A., A JUVENILE

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2011-07795J**

## O R D E R

Appellant's brief was due December 16, 2013. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **February 3, 2014**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM